# UNITED STATES DISTRICT COURT
for the

District of Utah

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Universal Contracting, LLC
Attn: Cory Atkinson or Custodian of Records
~~796 E. Pacific Drive, #A~~ 1145 S. Pacific Dr., Suite 101
American Fork, Utah 84403

☐ Person
☒ Documents

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>Federal Courthouse, Room 2.200<br>351 South West Temple<br>Salt Lake City, Utah 84101     N-13-02 | Date and Time:<br><br>6/18/14 8:30 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHMENT

Date: 05/20/2014

*CLERK OF COURT* D. Mark Jones

*[signature]*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Stewart Young, AUSA, N-13-32
United States Attorney's Office
185 South State Street, Suite 300
Salt Lake City, Utah 84111
801-524-5682

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _Universal Contracting LLC_
was received by me on *(date)* _5/21/14_ .

☒ I served the subpoena by delivering a copy to the named person as follows: _Cory Atkinson_
_____ on *(date)* _5/21/14_ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: _5/21/14_

_Matthew DuFresne_
Server's signature

_Matthew DuFresne_
Printed name and title

_1999 Broadway, Denver, CO 80202_
Server's address

Additional information regarding attempted service, etc:

# SUBPOENA REQUEST

## INSERTS TO COVER LETTER

1. Contact **USDOL/WHD Senior Investigator Advisor, Matthew DuFresne (720) 205-3613** or with any questions.

## GRAND JURY SUBPOENA RECIPIENTS

Universal Contracting, LLC
Attn: Cory Atkinson or Custodian of Records
~~796 E. Pacific Dr., #A,~~ *114 S. Pacific Dr., Suite 101*
American Fork, UT 84003
(801) 682-1396

## ATTACHMENT TO SUBPOENA:

Produce the following:

For the time period from 01/01/2011 to 5/16/2014, any and all records in your possession, custody or control relating to:

1. Company: Universal Contracting, LLC (UC, LLC)
2. 796 E. Pacific Dr., #A, American Fork, UT 84003  (801) 682-1396
   Business Entity #: 5421643-0160

For the time period from 01/01/2011 to 5/16/2014, any and all records in your possession, custody or control relating to:

1. Company: Lone Star Builders, LLC
2. Business Entity #: 4914177-0160

This includes all records regardless of the individual or entity's interest or authority, be it individual, joint, fiduciary, custodian, executor, guardian, trustee, grantor, grantee, payor, payee, beneficiary, signatory, right of withdrawal or otherwise.

Records shall include, but not be limited to, the following documents:

1. *(Counsel Agreed)* Any and all contracts, agreements, arrangements, schedules of fees & costs, work orders, invoices, job descriptions, certified payrolls, refunds or adjustments, and credit applications between Universal Contracting, LLC and Lone Star Builders, LLC.

2. A complete list of all employees/workers/members/owners to include: full legal names; other names the individuals may be known by such as nick names/street names known to Universal Contracting, LLC; full addresses; and phone numbers.

*~~3.~~* W-2s/1099s/K-1s or other tax related documents for all individuals who have provided work or services for Lone Star Builders, LLC.

*none* 4. Any and all federal government contracts worked on, applied for, or awarded to Universal Contracting, LLC for or by Lone Star Builders, LLC.

*none* 5. All written or electronic correspondence or communication with Lone Star Builders, LLC regarding contract negotiations.

*(whatever?) past* 6. Any and all company/members'/owners' manuals that discuss the rights and/or responsibilities of said individuals, the arrangements of how one becomes a member/owner, how owners/members may receive distributions of profits, amounts to be paid by or withheld from individuals as administrative fees, and copies of any signed agreements/contracts that may bind said members to such agreements in either written or electronic versions.

*any?* 7. Copies of owners'/members'/shareholders' meeting minutes and/or votes or votes by proxy.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

## INSTRUCTIONS FOR PRODUCTION OF ELECTRONICALLY (DIGITALLY) STORED RECORDS

I. General
   A. Electronically stored records shall be produced in electronic form and shall include those records held:
      1. In your record retention systems; and/or
      2. By your technology, data, or other service provider(s).

II. Text Data
   A. Text data relating to transactions (e.g., core data, history file) shall be produced within a data file:
      1. Using delimited ASCII text data format; or
      2. Within software that can export without loss of data to a non-proprietary file format; or
      3. Using commonly readable file format set by agreement.
   B. Text data files relating to transactions produced according to II.A. shall include field descriptions (e.g., account number, date/time, description, payee/payor, check number, item identifier, and amount).

III. Image Data
   A. Image data shall be produced in graphic data files in a non-proprietary or commonly readable format with the highest image quality maintained.
   B. Image data of items associated with specific transactions (e.g., checks, deposits) shall be:
      1. Produced in individual graphic data files with any associated endorsements; and
      2. Linked to corresponding text data by a unique identifier.

IV. Encryption/Authentication
   A. Electronically stored records may be transmitted in an encrypted container. Decryption keys

shall be produced separately at the time the data are produced.
B. Authentication, such as hash coding, may be set by agreement.

# GRAND JURY SUBPOENA REQUEST

AUSA: __Stewart Young__         Date of Request: __5/16/2014__

GJ Case Name: Lone Star Builders, LLC         Is this a new investigation: No, but may be first GJ subpoenas in this case

Agent: __Matthew DuFresne__         Date of Testimony/Docs Due: __6/10/2014__

Agency: __DOL-WHD__         If Rush: Date subpoena needed by: 5/20/2014

USAO # __2013R000327__         Agent's Direct Phone # with area code: (720) 205-3613

Issue Subpoena for: ___ Witness __X__ Documents ___ Both

## FOR FINANCIAL INSTITUTION: COMPLETE ADDRESS/TAX ID/PHONE # REQUIRED

Name: __Universal Contracting, LLC__

Attn: __Cory Atkinson or Custodian of Records__

Address: 119 S. Pacific Dr., Suite 101 ~~796 E. Pacific Dr., #A~~, American Fork, UT 84003

Phone: __(801) 682-1396__

Tax ID# (REQUIRED IF FIN INST): _____         Prog Cat. Code:

__X__ SEE ATTACHMENT OR PRODUCE THE FOLLOWING:

## ATTACHMENTS TO ACCOMPANY SUBPOENA

___ Witness Advice of Rights                      ___ Target Advice of Rights
    Personal Appearance/Docs Only                     Personal Appearance/Docs only
___ Target Advice of Rights (Pre-Approved)   ___ Non-Disclosure Documents
___ Non-Disclosure Bank Documents          ___ Non-Disclosure Fin. Ins. Fraud
___ Non-Disclosure Docs - DTF                   ___ Non-Disclosure/DTF-Bank Docs

Service: __X__ By Agent ___ By USMS
Allow 15 days

Approved by (AUSA): _____ Date:

### OFFICE USE ONLY

SUBPOENA TRACKING # _____ DCN: _____

REC'D ON: _____ READY ON: _____

N-13.32